UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY HERRERA,<br>　　　　Petitioner,<br>　v.<br>MICHAEL SEXTON, Acting Warden,<br>　　　　Respondent. | Case No. 17-cv-05743-YGR (PR)<br><br>**JUDGMENT** |

　　　For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

　　　That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

　　　IT IS SO ORDERED.

Dated: August 16, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　United States District Judge